JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN DARLING, | Case No. CV 11-7086-RGK (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice.

Dated: _10/27/15

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE